UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Travis Seeman,

    Plaintiff,

v.

Central Credit Services, Inc.

    Defendant.

COURT FILE NO.: 08-2104 RHK/JJG

STIPULATION OF DISMISSAL
WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by and between Plaintiff and his attorneys and Defendant and its attorneys that the above-captioned action against Defendant, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

Dated: May 5, 2009.

ATTORNEY FOR PLAINTIFF

By: _____
CONSUMER JUSTICE CENTER, P.A.
Thomas J. Lyons, Jr., Esq. #249646
367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  (651) 770-9707

1358784v1

Dated:  May 11, 2009.                                   ATTORNEYS FOR DEFENDANT

                                                             By:  s/ Michael S. Poncin
                                                             MOSS & BARNETT, P.A.
                                                             John K. Rossman, Esq. #244831
                                                             Michael S. Poncin, Esq. #296417
                                                             4800 Wells Fargo Center
                                                             90 South Seventh Street
                                                             Minneapolis, MN  55402-4129
                                                             Telephone:  (612) 877-5000

1358784v1