**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Travis Seeman, | Civil No. 08-2104 (RHK/JJG) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Central Credit Services, Inc. | |
| Defendant. | |

---

Based upon the parties' Stipulation (Doc. No. 22), and all the files, records and proceedings herein, **IT IS ORDERED** that the above-captioned action shall be and is hereby **DISMISSED WITH PREJUDICE,** on the merits and without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 12, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
