✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Travis Seeman,

              Plaintiff,      **JUDGMENT IN A CIVIL CASE**

V.

                                  Case Number:  08-2104 (RHK/JJG)

Central Credit Services, Inc.

              Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based upon the parties' Stipulation (Doc. No. [22]), and all the files, records and proceedings herein, **IT IS ORDERED** that the above-captioned action shall be and is hereby **DISMISSED WITH PREJUDICE,** on the merits and without costs, disbursements or attorney fees to any party.

      May 13, 2009                                 RICHARD D. SLETTEN, CLERK
Date

                                                                     s/MMP
                                          (By)                      MMP,   Deputy Clerk

Form Modified:  09/16/04